Filed 5/19/16  P. v. Lamb CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Calaveras)

----

|  |  |
|---|---|
| THE PEOPLE, | C079308 |
| Plaintiff and Respondent, | (Super. Ct. No. F4513B) |
| v. | |
| PAUL FRANCOISE LAMB, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Paul Francoise Lamb has asked this court to review the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

In June 2009, defendant pleaded no contest to 17 criminal charges including forgery, false personation, possessing a fictitious check, possessing stolen property, and possessing personal indentifying information of 10 or more people.  Defendant also admitted to serving four prior terms in prison.  The trial court sentenced defendant to an aggregate term of 17 years eight months in state prison.  Defendant appealed and this court remanded the matter for resentencing.

1

On June 19, 2012, consistent with this court's decision on appeal, the trial court stayed the sentence on counts 10 and 11 (false personation) pursuant to Penal Code section 654, and ordered counts 7 and 8 (possessing a fictitious check) to be served consecutively. The trial court then resentenced defendant to an aggregate term of 16 years four months in state prison.

Defendant later filed a petition for resentencing under Penal Code section 1170.18, subdivision (a). On March 13, 2015, the trial court granted defendant's petition and reduced his convictions for possessing stolen property (counts 14 and 15) and his commercial burglary convictions (counts 16, 17, and 18) to misdemeanors. The court again resentenced defendant, this time to 13 years in state prison for the remaining felony convictions plus a consecutive term of two years six months in county jail for the misdemeanors.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

    HULL    , Acting P. J.

We concur:

    ROBIE    , J.

    MURRAY    , J.